# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00197-EWN-BNB

UNITED STATES OF AMERICA,

    Petitioner,

v.

DEBORAH L. ULVESTAD,

    Respondent.

---

## ORDER

---

It is hereby ORDERED that because Respondent has substantially complied with the Internal Revenue Service Summons in this matter, Petitioner's Unopposed Motion to Vacate Hearing and Discharge Order to Show Cause is GRANTED. The hearing scheduled for April 25, 2008, at 10:30 a.m. is VACATED, and the Court's Order to Show Cause is DISCHARGED.

Dated: April 24, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE